JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEON SURGERY CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> United Health Group, Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01903-SPG(AFMx) <br><br> **ORDER ON RULE 41 STIPULATION FOR DISMISSAL WITH PREJDUICE** |

The Court, having considered the Rule 41 Stipulation for Dismissal with Prejudice filed, and good cause appearing, IT IS HEREBY ORDERED THAT: The Action is DISMISSED WITH PREJUDICE. Each party to incur its own costs and attorney's fees.

DATED: August 17, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE